536

610 A.2d 43

**Michael WARREN, Appellant,**

v.

**COMMONWEALTH of Pennsylvania,
Department of Corrections, et al.**

**No. 43 M.D. Appeal Dkt. 1992.**

Supreme Court of Pennsylvania.

July 10, 1992.

## ORDER

PER CURIAM:

AND NOW, this 10th day of July, 1992, the appeal is hereby dismissed.